Index # Purchased/Filed: May 23, 2007

## AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

| State of New York | U. S. District Court | Southern Dist. County |
|---|---|---|

Nicole Ramos — Plaintiff

against

Piller, Inc. — Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:** Approx. Age: 35 Yrs. Weight: 130 Lbs. Height: 5' 3" Sex: Female Color of skin: White Hair color: Blonde Other: ___

Robin Brandow, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on June 11, 2007, at 11:00am, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons, Complaint, Judges Rules and Instructions for Electronic Filing on Piller, Inc., the Defendant in this action, by delivering to and leaving with Mary Beth Huyck, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40.00 dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this
11th day of June, 2007

_Faith Cozzy_
FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

_Robin Brandow_
Robin Brandow

Invoice•Work Order # 0712639