# ISEMAN, CUNNINGHAM, RIESTER & HYDE, LLP
*Attorneys and Counselors at Law*

2649 South Road • Poughkeepsie, NY 12601
Phone 845-473-8100   Facsimile 845-473-8777
www.icrh.com

9 Thurlow Terrace • Albany, NY 12203
Phone 518-462-3000   Facsimile 518-462-4199

Frederick C. Riester
Michael J. Cunningham
Robert H. Iseman
Carol A. Hyde
Brian M. Culnan
Richard A. Frankel
Richard A. ...
Marcia ...

Joshua E. Mackey
*Of Counsel*

Karen E. Sosler
James P. Lagios
Justin W. Gray*
John F. Queenan
Ashley R. Salte**
Michael L. Nardi
Michele V. Handzel
Rachel Ryan**
Michael J. Livolsi
Jeremy R. Root

*Also Admitted in Pennsylvania and New Jersey
**Also Admitted in New Jersey

**MEMO ENDORSED**

July 6, 2007

<u>Via Facsimile (914) 390-4179</u>

Chambers, Hon. Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   **Nicole Ramos v. Piller, Inc.**
      Civil Action No. 07-CV-4047
      Our file no. 3007.017

Dear Judge Robinson:

> *The deadline for submission of the proposed scheduling order is extended until 2 weeks after Defendant has answered or otherwise moved with respect to the Complaint.*

I am writing on the consent of all parties to request an <u>extension of the Notice of Requirement to Submit a Scheduling Order</u> which we received from Plaintiff's counsel in connection with the above matter.

Please contact our office to confirm whether the Court will consent to an extension and to advise us of the new due date. Thank you for your consideration in this matter and please do not hesitate to contact me should you have any questions.

Very truly yours,

**APPLICATION GRANTED**   ISEMAN, CUNNINGHAM, RIESTER & HYDE, LLP

*Stephen C. Robinson*
HON. STEPHEN C. ROBINSION
7/9/07

*Justin W. Gray*
Justin W. Gray
jgray@icrh.com

JWG/ctc
Enclosure
cc:   Helen G. Ullrich, Esq., Attorneys for Plaintiff *(Via Facsimile (845) 469-3904)*

{00013473}