UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLE RAMOS,

                    Plaintiff,                   **STIPULATION**

-against-                                        Civil Action No.
                                                              07-CV-4047

PILLER, INC.,

                    Defendant.

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned plaintiff and counsel for the defendant hereto, that the time for Piller Inc., to answer, move against or otherwise respond to the Complaint in the above-captioned action is extended to and including July 31, 2007.

DATED: July 2, 2007                                 DATED: June 29, 2007

BERGSTEIN & ULLRICH, LLP,                ISEMAN, CUNNINGHAM, RIESTER &
                                                          HYDE, LLP

Helen G. Ullrich, Esq. (HU 6597)            Justin W. Gray, Esq. (JG 1519)
Attorneys for Plaintiff                                 Attorneys for Defendant
Office and P.O. Address                        Office and P.O. Address
15 Railroad Avenue                                        2649 South Road, Suite 230
Chester, New York 10918                      Poughkeepsie, NY 12601
(845) 469-1277                                             (845) 473-8100
                                                              (845) 473-8777 (fax)



{00011523}

DATED: ~~June~~ July 9, 2007　　　　　IT IS SO ORDERED:
White Plains, New York

_____
Hon. Stephen C. Robinson

{00011523}