UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLE RAMOS,

                       Plaintiff,

-against-

PILLER, INC.,

                       Defendant.

**RULE 7.1 DISCLOSURE STATEMENT**

Civil Action No.
07-CV-4047 (SCR)

Defendant, Piller, Inc., files this disclosure statement pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure. Piller, Inc., is wholly owned by Piller Power Systems GmbH, a German company with limited liability.

DATED: July 31, 2007

                                    ISEMAN, CUNNINGHAM, RIESTER & HYDE, LLP
                                    Attorneys for Defendant Piller, Inc.

                                    By: /s/ James P. Lagios
                                      James P. Lagios (JL-1976)
                                      Attorneys for Defendant Piller, Inc.
                                      2649 South Road, Suite 230
                                      Poughkeepsie, New York 12601
                                      (845) 473-8100

TO:    Helen G. Ullrich, Esq.
         BERGSTEIN & ULLRICH, LLP
         Attorneys for Plaintiff
         15 Railroad Avenue
         Chester, New York 10918
         (845) 469-1277