UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NICOLE RAMOS,

                     **Plaintiff,**

-against-

PILLER, INC.,

                     Defendant.

**AFFIDAVIT OF SERVICE BY MAIL**

Civil Action No.
07-CV-4047 (SCR)

---

STATE OF NEW YORK   )
                               ) ss.:
COUNTY OF DUTCHESS  )

     Caryn Cahill, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides in Millerton, New York. That on the 31st day of July, 2007, deponent served the within Rule 7.1 Disclosure Statement and Answer on behalf of defendant Piller, Inc., upon the following interested parties at:

    Helen G. Ullrich, Esq.
    BERGSTEIN & ULLRICH, LLP
    Attorneys for Plaintiff
    15 Railroad Avenue
    Chester, New York 10918

the address designated by said interested parties for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

                                                         */s/ Caryn Cahill*
                                                          Caryn Cahill

Sworn to before me this
31st day of July, 2007.

*/s/ Justin W. Gray*
Notary Public

          JUSTIN W. GRAY
          NOTARY PUBLIC
        STATE OF NEW YORK
    QUALIFIED IN ULSTER COUNTY
      REG# 02GR6095507
  COMMISSION EXPIRES 07/14/20 11

{00020170}