UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NICOLE RAMOS,

                Plaintiff,

-against-                                                Civil Action No.
                                                            07-CV-4047 (SCR)

PILLER, INC.,

                Defendant.

---

## NOTICE OF APPEARANCE

      Notice is hereby given that Justin W. Gray, Esq., of the law firm of Iseman, Cunningham, Riester & Hyde, LLP, 2649 South Road, Suite 230, Poughkeepsie, New York 12601, hereby enters his appearance in this Court as co-counsel of record for the defendant, Piller, Inc., in the action listed above.

DATED: October 19, 2007

                                                      Respectfully submitted

                                                      /s/ Justin W. Gray
                                                     Justin W. Gray, Esq., (JG-1519)
                                                     Iseman, Cunningham, Riester & Hyde, LLP
                                                     2649 South Road, Suite 230
                                                     Poughkeepsie, New York 12601
                                                     Tel: (845) 473-8100
                                                     Fax: (845) 473-8777
                                                     Email: *jgray@icrh.com*

{00041502}

## CERTIFICATE OF SERVICE

This is to certify that on this 19th day of October, 2007, I electronically filed the foregoing Notice of Appearance with the Clerk of the Southern District of New York using the CM/ECF system, which sent notification of such filing to the following:

hullrich@frontiernet.net

and that I mailed by U.S. Postal Service the document to the following non-ECF participants:

    (None)


                      /s/ Justin W. Gray

{00041502}