**BERGSTEIN & ULLRICH, LLP**

- ATTORNEYS AT LAW -
15 RAILROAD AVENUE • CHESTER, NEW YORK 10918
TELEPHONE (845) 469-1277
FACSIMILE (845) 469-5904
E-MAIL: thefirm@tbulaw.com
www.tbulaw.com

Stephen Bergstein
Helen G. Ullrich

*Of Counsel*
Christopher D. Watkins

# MEMO ENDORSED

August 11, 2008



RECEIVED
AUG 13 2008
STEPHEN C. ROBINSON
U.S.D.J.

Hon. Stephen C. Robinson, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

re: <u>Ramos v. Pillar, Inc.</u>
07 Civ. 4047 (SCR)

Dear Judge Robinson:

This firm represents plaintiff Nicole Ramos in this Title VII gender discrimination case. Fact discovery is presently scheduled to end on August 25, 2008 and I am writing to <u>request a 60-day extension, to October 25, 2008.  Counsel for defendant consents to this request.</u>

Both parties have been working diligently to complete discovery.  However, we have experienced delays in arranging to examine computer files and have been thwarted in scheduling two depositions by vacation plans, including those of the witnesses.  In addition, I have a two-week trial scheduled to begin on Sept. 8.  Therefore, we believe that an extension to October 25 is reasonable.

Thank you for your consideration in this matter.

Sincerely,

Helen G. Ullrich

cc: Justin W. Gray, Esq.

APPLICATION GRANTED

HON. STEPHEN C. ROBINSON
8/21/08